ACKERMANN & TILAJEF, P.C.
Craig J. Ackermann, Ca Bar No. 229832
Tatiana Hernadez, Ca Bar No. 255322
1180 South Beverly Drive, Suite 600
Los Angeles, Ca 90035
(310) 277-0614 (Phone)
(310) 277-0635 (Fax)
Cja@Laborgators.Com

BAILEY & GLASSER, LLP
Brian A. Glasser (WVSB#6597)
Eric B. Snyder (WVSB#9143)
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555
(304) 342-1110 Facsimile
*Pro Hac Vice Motions to Follow*

NELKIN & NELKIN, P.C.
Jay Nelkin (Federal Bar No. JN7743)
5417 Chaucer
Houston, Texas 77005
Tel. (713) 526-4500
Fax. (713) 526-8915
*Pro Hac Vice Motion to Follow*

Attorneys for Plaintiffs
Peter Yunis, David Goldman, Vicki Shawl, Mark Shawl, Michelle Hardwick, Jimmy Hardwick, Gina Pennisi, Darren Whitlock and Brett Adams and all others similarly situated.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER YUNIS, DAVID GOLDMAN, *et al.* individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FERRELLGAS, L.P.;<br>FERRELLGAS, INC.;<br>FERRELLGAS PARTNERS, L.P.;<br>AMERIGAS PROPANE, L.P.;<br>AMERIGAS PROPANE, INC.;<br>AMERIGAS EAGLE PROPANE, L.P. and<br>AMERIGAS PARTNERS, L.P.<br><br>　　　　　　Defendants | Case No. C-09-03093-SI TEH<br><br>RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL OF INDIVIDUAL CLAIMS OF DARREN WHITLOCK WITHOUT PREJUDICE |

Case No. CV-09-03903-SI

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Darren Whitlock,
2   hereby stipulates to the dismissal, without prejudice, of his individual claims against all Defendants
3   in the above-referenced lawsuit.  Because the Defendants have not yet responded to the Original or
4   Amended Complaints, the dismissal does not require leave of court and should be without
5   prejudice.  This notice of dismissal does not affect the case against the Defendants as to the
6   remaining Plaintiffs, or those they seek to represent.

Dated: September 18th, 2009

Case No. CV-09-03903-SI

Respectfully submitted,

ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 600
Los Angeles, Ca 90035
(310) 277-0614 (Phone)
(310) 277-0635 (Fax)
Cja@Laborgators.Com

By: _____

Craig J. Ackermann, State Bar No. 229832
Tatiana Hernadez, Ca Bar No. 255322


BAILEY & GLASSER, LLP
Brian A. Glasser (WVSB#6597)
Eric B. Snyder (WVSB#9143)
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555
(304) 342-1110 Facsimile
*Pro Hac Vice Motions to Follow*

NELKIN & NELKIN, P.C.
Jay Nelkin (Federal Bar No. JN7743)
5417 Chaucer
Houston, Texas 77005
Tel. (713) 526-4500
Fax. (713) 526-8915
*Pro Hac Vice Motion to Follow*

Counsel for Plaintiffs
Peter Yunis, David Goldman, Vicki Shawl, Mark Shawl, Michelle Hardwick, Jimmy Hardwick, Gina Pennisi, Darren Whitlock and Brett Adams and all others similarly situated

IT IS SO ORDERED
Judge Thelton E. Henderson
09/29/09

Case No. CV-09-03903-SI